791 A.2d 1152

Thomas J. RILEY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
PAROLE, Appellee.

No. 154 MAP 2001.

Supreme Court of Pennsylvania.

Jan. 15, 2002.

*ORDER*

PER CURIAM:

**AND NOW,** this 15th day of January, 2002, the appeal is quashed. *Sidkoff, Pincus, Greenberg & Green, P.C. v. Pennsylvania National Mutual Casualty Ins. Co.,* 521 Pa. 462, 555 A.2d 1284 (1989).

791 A.2d 1152

Purcell BRONSON, Appellant

v.

Martin F. HORN, Ms. Toski, Tim Collins,
Philip Johnson, F. Crytzer, Appellees.

No. 167 MAP 2001.

Supreme Court of Pennsylvania.

Feb. 6, 2002.

*ORDER*

PER CURIAM:

**AND NOW,** this 6th day of February, 2002, the above captioned appeal is quashed.